UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| **CAROL LEROY COTTON, III** | **CIVIL ACTION NO. 22-2818** |
| | **SECTION P** |
| VS. | |
| | **JUDGE S. MAURICE HICKS, JR.** |
| **OFFICER WODA** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff Carol Leroy Cotton, III's, claims against Defendant Officer Woda are **DISMISSED WITH PREJUDICE** as frivolous and for failing to state claims on which relief may be granted.

The clerk is ordered to close the case.

**THUS DONE AND SIGNED** in SHREVEPORT, LOUISIANA, this 20th day of December, 2022.

JUDGE S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE